IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| CALVIN IGNATIOUS SAVOY, | * | Crim. No. JKB-05-00415 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

On September 17, 2024, the United States Court of Appeals for the Fourth Circuit issued a remand order (ECF No. 287) directing this Court to determine whether Defendant Calvin Savoy has shown excusable neglect or good cause for his untimely appeal of the Court's August 2020 ruling denying a motion for sentence reduction (ECF No. 250). This Court directed Savoy's appellate counsel to indicate whether Savoy intended to continue pursuing that appeal in light of this Court's subsequent June 21, 2024, ruling (ECF Nos. 281, 282), which reduced Savoy's sentence from life imprisonment to a term of 360 months. (*See* ECF No. 288.)

Savoy, through counsel, filed a Notice with this Court on November 11, 2024, stating that Savoy had moved to dismiss his appeal, and that the Fourth Circuit granted that motion on October 31, 2024. (ECF No. 293.) A review of the docket in Appellate No. 20-7445 confirms that the Fourth Circuit has dismissed Savoy's appeal, and that the mandate has issued.

Upon a review of the whole record of this case, including the relevant appellate record, the Court finds that the issue with respect to which the Fourth Circuit issued its September 2024 remand order is now moot. Accordingly, with no matters currently pending before the Court in this case, there is no further action for the Court to take in the case at this time.

DATED this _6_ day of November, 2024.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
United States District Judge
